# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00538-CV

**Texas Alcoholic Beverage Commission, et al., Appellant**

**v.**

**Green Star, Inc., a Texas Corporation; and The Silver City Club,
an Unincorporated Membership Organization, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-05-003660, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING**

## NO. 03-08-00572-CV

**In re Texas Alcoholic Beverage Commission**

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

## NO. 03-08-00616-CV

**Texas Alcoholic Beverage Commission, Chairman John Steen; Members Jose Cuevas and
Steven M. Weinberg M.D., In Their Official Capacities; and Alan Steen, Adminstrator of
The Texas Alcoholic Beverage Commission, et al., Appellants**

**v.**

**The Silver City Club, an Unincorporated Membership Organization;
and Green Star, Inc., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-05-003660, HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

**The Silver City Club, an Unincorporated Membership Organization;
and Green Star, Inc., a Texas Corporation, Appellants**

**v.**

**The Texas Alcoholic Beverage Commission; its Chairman John Steen; and its members
Jose Cuevas and Steven M. Weinberg, M.D., all sued here in their official capacities only;
and Alan Steen, Administrator of the Texas Alcoholic Beverage Commission, et al.,
Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-GN-05-003660, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

The parties have filed unopposed motions to dismiss their appeals and proceedings.[1]

We grant the parties' motions and dismiss cause numbers 03-08-00673-CV, 03-08-00538-CV, 03-08-00572-CV, and 03-08-00616-CV.

_____

David Puryear,  Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed on Agreed Motions

Filed:   April 22, 2009

---

[1] The Silver City Club and Green Star, Inc. (the private parties) filed their motion to dismiss their appeal in cause number 03-08-00673-CV on March 27, 2009.  The State parties filed their motion to dismiss on April 7, 2009, stating it was contingent upon this Court's dismissal of the private parties' appeal and certifying that the private parties were not opposed to the State parties' contingent motion.